IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

FILED
FEB 2 1 2006
WILLIAM B. GUTHRIE
Clerk, U.S. DISTRICT COURT

In Re: Local Rules          GO - 06 - 01

## GENERAL ORDER

Before the Court is the matter of amendments to the Local Civil Rules and Local Criminal Rules. Numerous modifications have been made consistent with the Court's transition to electronic filing.

The Court has given notice and opportunity for comment pursuant to Rule 83, Fed.R.Civ.P. The comment period has passed. Accordingly, the amendments to the Local Civil Rules and Local Criminal Rules are hereby adopted, effective February 20, 2006. A copy of the Local Civil Rules and Local Criminal Rules as amended are attached hereto.

IT IS SO ORDERED this  21st  day of February, 2006.

JAMES H. PAYNE, Chief Judge

RONALD A. WHITE, U.S. District Judge

FRANK H. SEAY, Senior U.S. District Judge

KIMBERLY E. WEST, U.S. Magistrate Judge

STEVEN P. SHREDER, U.S. Magistrate Judge