IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA


FILED
MAR 16 2006
WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By_____
Deputy Clerk

In the Matter of Court Procedures | GO - 06 - 02

# GENERAL ORDER

In conjunction with this Court implementing CM-ECF electronic filing, the case number of each matter filed in this Court will now reflect a three-letter designation for the presiding judge as follows:

| | |
|---|---|
| Honorable James H. Payne | JHP |
| Honorable Ronald A. White | RAW |
| Honorable Frank H. Seay | FHS |
| Honorable Kimberly E. West | KEW |
| Honorable Steven P. Shreder | SPS |

IT IS SO ORDERED this 16th day of March 2006.

James H. Payne
Chief United States District Judge