IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

FILED
NOV 14 2006
WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By_____
Deputy Clerk

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| CLOSING COURT | ) | G.O. 06-04 |
| | ) | |

## ORDER

IT IS HEREBY ORDERED that the United States District Court for the Eastern District of Oklahoma shall be closed for business on Friday, November 24, 2006.

IT IS SO ORDERED this 14th day of November 2006.

James H. Payne, Chief Judge
United States District Court