# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

FILED

DEC 29 2006

Clerk, U.S. District Court
By_____
Deputy Clerk

| IN THE MATTER OF | ) | |
|---|---|---|
| CLOSING OF COURT | ) | G.O. No. 06-05 |

## ORDER

This matter comes on pursuant to the December 28, 2006, Executive Order of the President of the United States declaring Tuesday, January 2, 2007, as a National Day of Mourning to honor the memory of former President Gerald R. Ford and closing the executive departments and agencies of the Federal Government. Notification was given by the Administrative Office of the United States Courts that its offices will be closed January 2, 2007.

IT IS HEREBY ORDERED the United States Court for the Eastern District of Oklahoma and the United States Bankruptcy Court for the Eastern District of Oklahoma shall be closed for business on Tuesday, January 2, 2007, in honor of the memory of former President Gerald R. Ford.

Emergency filings with the Clerk of Court for the United States Court for the Eastern District of Oklahoma may be arranged by calling the following:

**William Bruce Guthrie, Court Clerk**
**(918) 687-8297 or (918) 781-2026**

**David McElvania, Chief Deputy Clerk**
**(918) 683-1426 or (918) 781-2633**

Emergency filings with the Clerk of the Court for the United States Bankruptcy Court may be arranged by calling the following:

**Fred Burks, Chief Deputy Clerk**
**(918) 756-8525 or (918) 906-3352**

IT IS SO ORDERED this 29th day of December 2006.

James H. Payne
United States District Judge
Eastern District of Oklahoma